**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-536**

---

In Re:  CARLOS TAYLOR,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-97-1577-21BD)

---

Submitted:  April 16, 1998        Decided:  May 1, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Carlos Taylor, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Taylor petitions the court for a writ of mandamus seeking to compel the district court to enter default judgment in his favor in his suit against the South Carolina Department of Corrections. The grant of a writ is a drastic remedy to be exercised only in extraordinary situations. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Taylor's case does not present such a situation.

Court are extremely reluctant to grant a writ of mandamus. See In re Ford Motor Co., 751 F.2d 274, 275 (8th Cir. 1984). The party seeking such relief carries the heavy burden of showing he has no other adequate means to attain the relief he desires and that his right to such relief is clear and indisputable. Allied Chem. Corp. v. Diaflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted). Taylor has not made such a showing.

Accordingly, although we grant Taylor leave to proceed in forma pauperis, we deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED